IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROQUETTE FRERES S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| SOLAZYME, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF ROQUETTE FRERES S.A.'S
<u>FED. R. CIV. P. 7.1 STATEMENT</u>**

Pursuant to Federal Rule 7.1, Plaintiff Roquette Freres S.A. states that it has no parent corporation and no publicly held corporation owns 10% or more its stock.

MORRIS, NICHOLS, ARSHT, & TUNNELL LLP

/s/ *Kenneth J. Nachbar*
Kenneth J. Nachbar  (#2067)
Brendan W. Sullivan (#5810)
1201 North Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
bsullivan@mnat.com
*Attorneys for Plaintiff
Roquette Freres, S.A.*

OF COUNSEL:

Douglas V. Rigler
Jeffrey M. Goehring

YOUNG & THOMPSON
209 Madison St., Suite 500
Alexandria, VA 22314
(703) 521-2297

November 28, 2014