AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| ROQUETTE FRERES S.A.<br><br>Plaintiff(s)<br>v.<br>SOLAZYME, INC.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  14-1442<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attn. Solazyme, Inc.
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DA 19808
Tel: 302-636-5401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth J. Nachbar
Morris, Nichols, Arsht, & Tunnell LLP
1201 North Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: 302-658-9200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-1442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* SOLAZYME, INC. was received by me on *(date)* 12/1/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAUL MATTHEWS (process agent), who is designated by law to accept service of process on behalf of *(name of organization)* SOLAZYME, INC. C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE RD. WILMINGTON, DE 19808 (REGISTERED AGENT) on *(date)* 12/1/14

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/1/14

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc: