# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÈRES, S.A.,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>SOLAZYME, INC.,<br><br>    Defendant and Counterclaimant. | C.A. No. 14-1442-SLR |
| ROQUETTE FRÈRES, S.A.,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>SOLAZYME, INC.,<br><br>    Defendant and Counterclaimant. | C.A. No. 15-0125-SLR |

### DEFENDANT/COUNTERCLAIMANT'S MOTION FOR ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

    Defendant/Counterclaimant Solazyme, Inc. hereby moves, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (the "Act"), and its Petition to Confirm Arbitration Award (D.I. 15), for an order confirming the arbitration award entered on February 19, 2015 and for entry of judgment thereon pursuant to Federal Rule of Civil Procedure 58.[1] Plaintiff filed the initial action (C.A. No. 14-1442) prior to the issuance of the arbitration award seeking court

---

[1] *See Hall St. Assocs., L.L.C. v. Mattel, Inc.*, 552 U.S. 576, 578 (2008) ("The Act [] supplies mechanisms for enforcing arbitration awards" and an application for a confirmation "order[] will get streamlined treatment as a motion.")

intervention on the panel's jurisdiction over the parties' dispute. After Solazyme answered the first complaint, the arbitration panel issued an award in Solazyme's favor and Plaintiff filed the second action (C.A. No. 15-0125) seeking to disavow the arbitration award. The two actions were then consolidated by stipulation on February 19, 2015 and Solazyme has since answered the second complaint. Thus, the pending cases are ripe for the disposition requested in this Motion.

The grounds for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Order Confirming Arbitration Award and for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 58 and the accompanying Declaration of Timothy C. Saulsbury, filed contemporaneously herewith.

|  |  |
|---|---|
|  | */s/ Frederick L. Cottrell, III* |
| OF COUNSEL: | Frederick L. Cottrell, III (#2555) |
|  | Chad M. Shandler (#3796) |
| Daralyn J. Durie | Selena E. Molina (#5936) |
| Joshua H. Lerner | RICHARDS, LAYTON & FINGER, PA |
| Laura E. Miller | One Rodney Square |
| Timothy C. Saulsbury | 920 North King Street |
| DURIE TANGRI LLP | Wilmington, Delaware 19801 |
| 217 Leidesdorff Street | (302) 651-7700 |
| San Francisco, CA 94111-3007 | cottrell@rlf.com |
| (415) 362-6666 | shandler@rlf.com |
| ddurie@durietangri.com | molina@rlf.com |
| jlerner@durietangri.com |  |
| lmiller@durietangri.com | *Attorneys for Defendant and Counterclaimant* |
| tsaulsbury@durietangri.com | *Solazyme, Inc.* |

Dated: March 11, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, I caused to be served copies of the foregoing document in the manner indicated below and electronically filed the same with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

**BY EMAIL**
Kenneth J. Nachbar
Brendan W. Sullivan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
bsullivan@mnat.com

Douglas V. Rigler
Jeffrey M. Goehring
YOUNG & THOMPSON
209 Madison Street, Ste. 500
Alexandria, VA 22314
703 521-2297
drigler@young-thompson.com
jgoehring@young-thompson.com

*Attorneys for Plaintiff and Counter-Defendant*
*ROQUETTE FRÈRES, S.A.*

　　　　　　　　　　　　　　　　　　　　　*/s/ Selena E. Molina*
　　　　　　　　　　　　　　　　　　　　Selena E. Molina (#5936)