IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROQUETTE FRÉRES, S.A.<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>SOLAZYME, INC.<br><br>  Defendant and Counterclaimant. | C.A. No. 14-1442-SLR |
| ROQUETTE FRÉRES, S.A.<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>SOLAZYME, INC.<br><br>  Defendant and Counterclaimant. | C.A. No. 15-0125-SLR |

## NOTICE OF APPEAL TO U.S. COURT OF APPEALS, THIRD CIRCUIT

Notice is hereby given that Plaintiff and Counter-Defendant ROQUETTE FRÉRES, S.A. appeals to the United States Court of Appeals for the Third Circuit from the Order entered on December 21, 2015 (D.I. 154) and from the Judgment entered on December 21, 2015 (D.I. 155), and from all orders relating thereto.

OF COUNSEL:

YOUNG & THOMPSON
Douglas V. Rigler
Jeffrey M. Goehring
209 Madison Street, Suite 500
Alexandria, VA 22314
703-521-2297
drigler@young-thompson.com
jgoehring@young-thomapson.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kenneth J. Nachbar*
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
  *Attorneys for Roquette Freres, S.A.*

December 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants including:

>Frederick L. Cottrell, III
>Chad M. Shandler
>Selena E. Molina
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200